UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>LEONEL HERNANDEZ,<br><br>       Defendant. | Case No. 2:17-cr-00171-RFB-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Wednesday, September 28, 2022 at 10:00 a.m., be vacated and continued to October 20, 2022 at the hour of 1:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 27 day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3