RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Leonel Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>LEONEL HERNANDEZ,<br><br>       Defendant. | Case No. 2:17-cr-00171-RFB-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Johsua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Leonel Hernandez, that the Revocation Hearing currently scheduled on November 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs time to review discovery related to this matter.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 7th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONEL HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00171-RFB-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Thursday, November 10, 2022 at 1:00 p.m., be vacated and continued to __Decembe15, 2022__ at the hour of __9__ : __00__ a.m.; or to a time and date convenient to the court.

　　　DATED this 9th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTICT JUDGE

3