RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Leonel Hernandez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONEL HERNANDEZ,<br><br>    Defendant. | Case No. 2:17-cr-00171-RFB-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Johsua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Leonel Hernandez, that the Revocation Hearing currently scheduled on December 15, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Client has a separate matter being resolved in state court. Counsel would like to see what happens in that case and how it might affect his decision to proceed in this matter.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1 | This is the third request for a continuance of the revocation hearing.

2 | DATED this 8th day of December, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

| By /s/ Navid Afshar | By /s/ Joshua Brister |
| NAVID AFSHAR | JOSHUA BRISTER |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONEL HERNANDEZ,<br><br>　　　　Defendant. | Case No. 2:17-cr-00171-RFB-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Thursday, December 15, 2022, at 9:00 a.m., be vacated and continued to January 26, 2023 at the hour of 1 : 00 p .m.; or to a time and date convenient to the court.

　　DATED this 9th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE