# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

LEONEL HERNANDEZ,

Defendant.

JUDGMENT

Case Number: 2:17-cr-0171-RFB

(Related case: 2:20-cv-00838-RFB)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of USA against Leonel Hernandez.

5/25/2023
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk