RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Leonel Hernandez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEONEL HERNANDEZ,<br><br>        Defendant. | Case No. 2:17-cr-00171-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Johsua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Leonel Hernandez, that the Revocation Hearing currently scheduled on February 20, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to discuss the allegations in the Petition with Mr. Hernandez and conduct necessary investigation as to the same.

    2.    Defense counsel is awaiting mitigating documents for the upcoming revocation hearing and additional time is necessary for receipt of the same.

3. Mr. Hernandez is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 16th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00171-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| LEONEL HERNANDEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 20, 2024 at 10:45 a.m., be vacated and continued to March 25, 2024 at 1:00 p.m. It the scheduled trial vacates, this hearing will be reset to earlier in the day.

DATED this 16th day of February, 2024



UNITED STATES DISTRICT JUDGE

3