RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Leonel Hernandez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LEONEL HERNANDEZ,<br><br>      Defendant. | Case No. 2:17-cr-00171-RFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Johsua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Leonel Hernandez, that the Revocation Hearing currently scheduled on August 27, 2024 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

     This Stipulation is entered into for the following reasons:

     1.    Mr. Hernandez is in state custody. He is charged with a DUI Liquor (misdemeanor) that is the subject of the second addendum. His next court date for the DUI Liquor case is November 6, 2024. The resolution of Mr. Hernandez's revocation proceedings may depend on how the DUI Liquor case resolves.

2. Mr. Hernandez is in custody and agrees with the need to continue the hearing.

3. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 21st day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONEL HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00171-RFB<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 27, 2024 at 3:00 p.m., be vacated and continued to November 19, 2024 at 9:15 a.m.

　　DATED this 22nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE